# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 21-29-GF-BMM |
| Plaintiff, | ORDER AMENDING JUDGMENT |
| vs. | |
| BRANDON LEWIS KELLY, | |
| Defendant. | |

Defendant Brandon Lewis Kelly having filed an Unopposed Motion to Amend the Judgment and good cause appearing;

IT IS HEREBY ORDERED that the Judgment (Doc. 21) shall be amended to read as follows:

"The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 14 months. This term shall run concurrent with the term imposed in CR 18-15-GF-BMM. Mr. Kelly will be given credit for 231 days time served."

DATED this 2nd day of February, 2022.

_____
Brian Morris, Chief District Judge
United States District Court